IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., et al.,<br><br>        Plaintiffs,<br><br>     v.<br><br>SAMUEL ALTMAN, et al.,<br><br>        Defendants. | Case No.  26-cv-03704-MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT COURTESY COPY OF COMPLAINT** |

On May 12, 2026, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith a courtesy copy of their Complaint, filed April 29, 2026.  Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: May 13, 2026

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California