Ali Moghaddas (SBN 305654)
amoghaddas@edelson.com
EDELSON PC
11601 Wilshire Boulevard, Suite 1970
Los Angeles, California 90025
Tel: (310) 694-0331

Jay Edelson (*Pro Hac Vice* admission to be sought)
jedelson@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| M.G., a minor, by and through her next friend CIA EDMONDS, and CIA EDMONDS, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMUEL ALTMAN, an individual, OPENAI FOUNDATION, a Delaware corporation, OPENAI OPCO, LLC, a Delaware limited liability company, and OPENAI GROUP PBC, a Delaware public benefit corporation,<br><br>*Defendants*. | Case No.: 3:26-cv-03704-SK<br><br>**[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM** |

The Court, having considered the Petition for the appointment of Cia Edmonds as guardian ad litem for M.G., who is a minor, and good cause appearing, hereby GRANTS the Petition.

IT IS HEREBY ORDERED that Cia Edmonds be, and she is, hereby appointed as guardian ad litem for M.G., a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

IT IS SO ORDERED.

DATED: May 19, 2026

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM  1  CASE NO.: 3:26-cv-03704-SK