IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

M.G., et al.,

        Plaintiffs,

    v.

SAMUEL ALTMAN, et al.,

        Defendants.

Case No.  26-cv-03704-MMC

**ORDER OF RECUSAL**

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: June 3, 2026

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California